FILED
ASHEVILLE, N.C.

# UNITED STATES DISTRICT COURT

for the

_Western_ District of _North Carolina_

OCT 25 2021

U.S. DISTRICT COURT
W. DIST. OF N.C.

_Asheville_ Division

|  |  |  |
|---|---|---|
| The People's Common Law Court | ) | Case No. 1:21 - CV - 319 |
| _Plaintiff(s)_ | ) | _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |  |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) |  |
| _please write "see attached" in the space and attach an additional_ | ) |  |
| _page with the full list of names.)_ | ) |  |
| -v- | ) |  |
|  | ) |  |
|  | ) |  |
| See attached | ) |  |
| _Defendant(s)_ | ) |  |
| _(Write the full name of each defendant who is being sued. If the_ | ) |  |
| _names of all the defendants cannot fit in the space above, please_ | ) |  |
| _write "see attached" in the space and attach an additional page_ | ) |  |
| _with the full list of names. Do not include addresses here.)_ | ) |  |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Case 1:21-cv-00319-MR   Document 1   Filed 10/25/21   Page 1 of 13

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      Rusty Ryan Anderson

All other names by which
you have been known:    N/A

ID Number    181516

Current Institution    Cleveland County Law Enforcement detention center annex

Address    100 Justice Place

Shelby      NC      28150
    *City*        *State*      *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    Gene Davidson

Job or Title *(if known)*    Grand Jury Foreperson

Shield Number    N/A

Employer    Cleveland County

Address    N/A

Shelby      NC      28150
    *City*        *State*      *Zip Code*

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name    12 or more Grand Jurors

Job or Title *(if known)*    Grand Jury

Shield Number    N/A

Employer    North Carolina

Address    N/A

N/A      NC      N/A
    *City*        *State*      *Zip Code*

☐ Individual capacity ☒ Official capacity

Defendant No. 3
    Name                 *Etters*
    Job or Title *(if known)*    *Magistrate*
    Shield Number       *N/A*
    Employer            *Cleveland County*
    Address             *100 Justice Place*
                      *Shelby*      *NC*      *28150*
                          *City*         *State*      *Zip Code*
                ☐ Individual capacity     ☒ Official capacity

Defendant No. 4
    Name                 *J. Epters*
    Job or Title *(if known)*    *Detective*
    Shield Number       *N/A*
    Employer            *Cleveland County Sheriffs Office*
    Address             *100 Justice Place*
                      *Shelby*      *NC*      *28150*
                          *City*         *State*      *Zip Code*
                ☐ Individual capacity     ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Damages to God given rights of Life, Liberty, and Persuit of happiness and exceeding Jurisdiction*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I am incarcerated under hearsay. No evidence has been proven prior to detaining me on 7/21/2021. I am being held under a $750,000.00 bond and being threatened with 3 life sentences. I am being refused my psych meds for my PTSD and other mental conditions.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

As of 7/21/2021 - present in Cleveland County Detention Center

C.    What date and approximate time did the events giving rise to your claim(s) occur?

7/21/2021 @ 11:30Am — Present

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On 7/21/2021 I recieved a Phone call from detective Epters regarding allegations of me molesting my kids. My ex wifes boyfriend at the time made these allegations because he can not see his kids. He and his ex wife are not on good terms as my ex wife and I are. He wanted me out of the picture completely. These allegations are false and I am innocent of them.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I am supposed to be taking my Prescribed Psych medication. Since being incarcerated I have not recieved any of my meds nor any other treatment.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

- Move my court via habeas Corpus
- Pay me $5,000.00 Per day for me being incarcerated under false allegations and for my God given rights being damaged.
- Expunge my record because I have not ever been found guilty for any crimes but took plea bargains under duress

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Cleveland County Detention Center    7/21/2021 - Present

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.     If you did file a grievance:

1.    Where did you file the grievance?

_____

2.    What did you claim in your grievance?

_____

3.    What was the result, if any?

_____

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

The matters do not Pertain to the detention center but the Judicial System.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I Sent a request to file for habeas corpus at Cleveland county courthouse. Have not recieved a response as of yet.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _The People's Common law Court_

   Defendant(s) _Cleveland County Detention Center_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _U.S. District Court Western District of North Carolina (Asheville)_

3. Docket or index number

   _1:21-CV-00240-MR_

4. Name of Judge assigned to your case

   _Martin Reidinger_

5. Approximate date of filing lawsuit

   _09/02/2021_

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. _09/20/2021_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _Dismissed without Prejudice_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10/21/2021

Signature of Plaintiff

Printed Name of Plaintiff    Rusty Ryan Anderson

Prison Identification #    181516

Prison Address    100 Justice Place

Shelby          NC          28150
                 *City*        *State*        *Zip Code*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                 *City*        *State*        *Zip Code*

Telephone Number

E-mail Address

- Major Fitch - superintendant of Cleveland County Detention Center (sue as individual)

- Detective Epetas - Damage to God given rights to life, Liberty and persuit of happiness and exceeding jurisdiction. (sue as official)

- Michael Miller - DA - Exceeding jurisdiction (sue as official)

- Eric Self - Probation officer - Exceeding jurisdiction (sue as official)

- Susan Johnson - Deputy officer - Exceeding Jurisdiction (sue as official)

- Gene Davidson - Grand Jury Foreperson - exceeding jurisdiction (sue as official)

- Ginger Beam - DA - Exceeding Jurisdiction (sue as official)

- Vickers - officer - Exceeding Jurisdiction (sue as individual)

- 12 or more Grand Jurors - Exceeding Jurisdiction and Damage to God given right to due process (sue as officials)

- J. Etters - Magistrate - Exceeding Jurisdiction (sue as official)

- Mc Breyer - Judge - Exceeding Jurisdiction and damage to God given rights to life, Liberty and persuit of happiness (Sue as official)

→ over



- Elizabeth A. Lari - Assistant District Attorney - Exceeding Jurisdiction and damage to God given rights to Life, Liberty and Persuit of happiness. (Sue as official)