# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| RUSTY ANDERSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:21-cv-00319-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| GENE DAVIDSON, et , | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 26, 2022 Order.

April 26, 2022

*Frank G. John*

Frank G. Johns, Clerk
United States District Court